Chicago Title & Trust Company, as trustee, appellee, v. Celle Becker et al. defendants. Celle Becker, appellant. Gen. No. 33,685.

Opinion filed December 31, 1929.

William A. Rogan, for appellant; William C. Burns and R. Hamlin Petty, of counsel. Sonnenschein, Berkson, Lautmann & Levinson and Walter V. Fackler, for appellee; Roger S. Bloch and J. B. Hugg, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.